ALEXANDER EISEMANN, as Remaining Partner of the Firm of ALEXANDER EISEMANN & Co., Appellant, *v.* FIDELITY & DEPOSIT COMPANY OF MARYLAND, Respondent, et al., Defendants.

Submitted January 5, 1948; decided March 5, 1948.

*Miriam H. Kamen* for appellant.

*Stewart Maurice* and *Charles R. McNamee* for respondent.

Judgment affirmed, with costs upon the ground that the action is barred by the two-year Statute of Limitations. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.